# United States Court of Appeals
## For the First Circuit

No. 22-1535

MARCO DANILO SANTOS GARCIA,

Petitioner,

v.

MERRICK B. GARLAND, United States Attorney General,

Respondent.

**ERRATA SHEET**

The opinion of this Court, issued on April 28, 2023, is amended as follows:

On page 9, line 9: Please delete the quotation marks.

On page 9, line 10: Please insert "See" before 8 U.S.C. § 1252(d)(1).